**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOLICIA RHODES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:25-cv- 01123** |
| | ) | **Judge Aleta A. Trauger** |
| **NATIONAL GENERAL INSURANCE** | ) | |
| **COMPANY (ALLSTATE)** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, plaintiff Jolicia Rhodes' Objections (Doc. No. 22) to the Magistrate Judge's Report and Recommendation ("R&R") are **OVERRULED**, and the R&R (Doc. No. 21) is **ACCEPTED**, *except* insofar as the R&R recommends dismissal of the case rather than a stay.

The plaintiff's Motion for Limited Discovery Regarding Arbitration Formation (Doc. No. 19) is **DENIED**, and the defendant's Motion to Dismiss & Compel Arbitration (Doc. No. 14) is **GRANTED IN PART**, insofar as it seeks an order compelling arbitration, and **DENIED IN PART**, insofar as it seeks dismissal of this case.

The parties are **DIRECTED** to proceed to arbitration in accordance with the terms of the Mutual Arbitration Agreement. Pursuant to 9 U.S.C. § 3, this matter is **STAYED** pending completion of the arbitration.

The Clerk is **DIRECTED** to administratively **CLOSE** the case, pending re-opening upon the request of either party upon the conclusion of arbitration(s) or for any other reason authorized by the Federal Arbitration Act.

It is so **ORDERED**.

_____

ALETA A. TRAUGER
United States District Judge